1042

THE STATE OF WASHINGTON, *Respondent,* v. VINCENT
GREGORY ROUSE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–01294–7, Liem E. Tuai, J., entered September 22, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and James, J.

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
J. QUINN, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80–1–00550–7, Daniel T. Kershner,
J., entered November 14, 1980. *Affirmed* by unpublished
opinion per Ringold, J., concurred in by Swanson and Callow, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. WESLEY
S. PALO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03177–1, Francis E. Holman, J., entered
January 7, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and James, J.

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80–1–00149–6, Marshall Forrest, J.,
entered December 11, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and
James, J.